1   McGREGOR W. SCOTT
    United States Attorney
2   Jeffrey A. Spivak
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,              CASE NO. 5:19-MJ-00030-JLT

13                      Plaintiff,

14              v.                         ORDER TO UNSEAL CRIMINAL COMPLAINT

15  JOSE ANTONIO CASTILLO

16                      Defendants.

17

18

19          Pursuant to the motion by the United States, the Court **ORDERS** that the Criminal Complaint

20  filed on July 1, 2019 be unsealed and become public record.

21

22  IT IS SO ORDERED.

23      Dated:  __**July 1, 2019**__            _____**/s/ Jennifer L. Thurston**_____
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28